IN THE DISTRICT COURT

DISTRICT OF DELAWARE

Hermione K.I. Winter, )
    Plaintiff, )
)
v. ) Civil Action No. 17-1432-LPS
)
Dr. P. Munoz_____, et al, )
)
    Defendants. )

MOTION FOR Temporary Restraining Order

    My weight is still dropping. I am at an unhealthy weight. I have additional medical and mental issues such as terminal insominia, migraines, stomach pain, constipation, acid reflux, bloating, nausea, hunger pains, depression, anguish, anxiety, and stress.
    I fear if the court does not intervene promptly my next suicide attempt will be successful to end my pain, I will find a way to castrate my causing potential death from bleeding to force HRT's and/or I may be forced to resort to selling my body just to eat. I do not want to do these things.
    I'm not asking for wants. On 7/7/17 their own Doctors have recommended HRT's. And JTVCC religious leader



Chaplain Gus Christo of religious affairs approved my Vegan Tray as religious. The HRT recommendation was made by Dr. August.

The entry by Dr. August in my files cannot be denied and I'll release my files to the court.

In addition, your honor your welcome to call FR. Christo to verify my approval.

I am asking the Courts to grant a TRO preventing DOC and Connections from NOT providing a sufficent Calorie Vegan Religious Tray three times daily AND the, at least, lowest starting dosages of feminizing HRT's by recomendation of an Endocrinologist.

Thank you.

Dated: 2/26/2018

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977



# IN THE DISTRICT COURT

## DISTRICT OF DELAWARE

Hermione K.I. Winter,  )
                       )
    Plaintiff,         )
                       )
v.                     )   Civil Action No. 17-1433-LPS
                       )
                       )
Dr. P. Munoz_____, et al, )
                       )
                       )
    Defendant.         )

ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,
20____, THAT THE ATTACHED MOTION _____ HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY_____.

_____
District Court Judge

