# IN THE DISTRICT COURT

## DISTRICT OF DELAWARE

Hermione K.J. Winter,
Plaintiff,

v.

Dr. P. Munoz, et al,
& Monica Mills, et al,
Defendants.

Civil Action No. 17-01432-LPS
&
16-890-LPS

MOTION FOR Emergency Help (Hunger/Liquid Strike)

Your honor starting tonight I am going on a hunger strike and if something isn't done to address the pletheria of problems in this case especially my food, I'm going on a liquid strike starting 3/30/18. I'm sick of this.

As of today, despite a new provider agreeing about my problems due to eating non-vegan and medical complications including chest pain (Food Reaction Allergy) and later coming back and telling me while Doc works on the religious tray she'll provide a vegatarian tray with Double Fruits and Vegetables Add Crackers and 6 ounce peanut butter per meal. Key

know what this quack does without discussion.

Takes me off my fiber pill that's long been affective and add a bunch of random unnecessary meds I've never heard of or seen before.

Yea, I'm NOT starting from scratch, dealing with grievances lies like this, and more. That's a ton of hell I don't need.

I'd rather die. Period.

There's NO Excuse for this. At all. All the dang notes are in my files. Give me unmodified unhidden access and I could literally show you.

I'm sorry but screw THIS. I'd rather die of hunger & dhydration by my own hands than suffer months and months of this bullcrap. NOT joking.

Dated: March 24, 2018       _[signature]_

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

_____, )
)
)
     Plaintiff, )
)
v. )   Civil Action No. _____
)
)
_____, et al, )
)
)
     Defendant. )

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,
20\_\_\_\_\_, THAT THE ATTACHED MOTION _____ HAS BEEN
READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS
HEREBY _____.

_____
District Court Judge