IN THE DISTRICT COURT

DISTRICT OF DELAWARE

Hermione K.I. Winter,  )
    Plaintiff,  )
                    )
v.                    )   Civil Action No. 17-1432-LPS
                    )
Dr. P. Munoz, et al,  )
    Defendants.  )

MOTION FOR Emergency Help (Update)

Your honor, today's date is March 26, 2018.

    An individual can only be pushed so far, especially a severe mentally ill patient.

    Today newest addition has pushed me over the edge.

    As admitted by defendants own admission hair removal has been deemed medically necessary for my Gender Dysphoria.

    Today upon asking Nurse Collette what time I would be coming out to shave (I'm scheduled to shave Mon., Wed, & Fri. but I skip Fri. due to excess damage the razor cause & due to lack of nutrition I heal slow) She responded with, "The ordered

has been cancelled."

Upon inquiring why she stated, "Your in a male prison. It is not my problem."

Officer Motto immediately called for Mental Health.

Therapist Creamer met with me and said, "I do not know why they would revoke that without providing adequate replacement."

He agreed this like stopping a diabetic's insulin and leaving their condition for the worse.

He stated he would check into it.

Your honor its always something. Seriously, how much am I suppose to handle before I just say screw it and you know the rest.

Dated: March 26, 2018

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977