IN THE DISTRICT COURT

DISTRICT OF DELAWARE

Hermione K.I. Winter, )
    Plaintiff, )
     )
v. ) Civil Action No. 17-1432-LPS
     )
Dr. P. Munoz____, et al, ) Long as Law Library
     ) copies this, I plan
     ) to serve the
Defendants. ) defendants.

MOTION FOR <u>New Emergency Help</u>

    Please per compliance to March 26, 2018 Court order this emergency request for help is not the others (ie repetitive).

    I am a woman. While I must use the term trans-blank because of individuals incompetency to grasp that, I am still a woman.

    I continue to be vuneralable and DOC continue to fail to protect my safety time and time again. They fail to act until after events of physical or sexual unwanted/unwarranted events happen.

    I very feminine, appear with well developed breast, am not aggressive, am timid off paper, and my size is steadily shrinking. I fit comfortably into size 3 panties. I wear small DOC's I still must roll the pant waist that say 18-20 inch waist. I am easily intimidated

and it is well spread accross the prison that they (inmates) can get away with rapping me. This is because when I have reported, it has been a laugh and the inmates have gone unpunished.

Recently, on camera I was physically assaulted and sexually assaulted. Over a month later, they claim to still being doing an investigation. They were pre-warned of this danger and did nothing till I reported it multiple times.

An incident prior, I had to get stitches and still have a scar earlier last year. It was by an inmate who got mad I would not have sex with him.

The policy signed, per permission of the law, by the commissioner DOC Policy 8.60A permits transfer to BWCI reguardless of external genitalia.

This is one of the few things even Dr. Robin O. Timme advises in my case. It is dangerous where I am downstairs & here. For my life and safety please provide relief and force them to tranfer me to BWCI

Dated: March 29, 2018          [signature]

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

Hermione K.I. Winter,  )
        Plaintiff,  )
          )
   v.  )   Civil Action No. 17-1432-LPS
          )
Dr. P. Munoz, et al,  )
          )
        Defendant.  )

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,

20____, THAT THE ATTACHED MOTION _____ HAS BEEN

READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS

HEREBY_____.

_____
District Court Judge

# Certificate of Service

I, **Hermione K.T Winter** hereby certify that I have served a true and correct cop(ies) of the attached **Motion For New Emergency Help** Upon the following parties/persons:

To: **Kenisha L. Ringgold**
**ID # 5226**
**Deputy A.G.**
**820 N. French St.**
**6th Floor**
**Wilmington, DE 19801**

To: _____

To: _____

To: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 20_____

_____