IN THE DISTRICT COURT

DISTRICT OF DELAWARE

Hermione K.I. Winter,
    Plaintiff,

v.

Dr. P. Munoz_____, et al,

    Defendants.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 17-1432-LPS

## MOTION ~~Rob~~ OF Update

I grieved for any treatment, the physical, sexual abuse, and mental I've endured supporting it with facts.

And Those grievances just get unprocessed claiming "magical thinking" that they've been addressed. The Warden and their attorney's send you letter claiming they care and are monitoring my health

I know you can't walk down here, but if you could you'd see a woman getting NO treatment, be starved, being mistreated, being in constant sexual and physical danger.

See Exhibits A.

I can't make you believe something your honor. But just

Cause they write their doing stuff doesn't mean their doing it. I thought you were suppose to take my stuff as factual and as pro se most favorable to me.

the fact is NOT all people are created equal and not all inmates are treated equally. Those that are easy to walk all over especially if your a woman sticking out like a sore thumb, the walk over you.

Today, 3/31/18, medical told me well you might be better off dead and we'll have to starv for a few months till our doctors can get to you.

This was upon finding out like my brother on the street I've developed a severe life threatening (can't breath) allergic reaction to added sugar like used for coffee found in candy, cereal, Peanut butter

Your honor why won't you help?

Dated: March 31, 2018

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

# IN THE DISTRICT COURT

## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. _____ |
| _____, et al, | ) ) ) | |
| Defendant. | ) ) | |

### O R D E R

IT IS HEREBY ORDERED, THIS _____DAY OF _____,

20\_\_\_\_\_, THAT THE ATTACHED MOTION _____HAS BEEN

READ   AND   CONSIDERED.   IT   IS   ORDERED   THAT   THE   MOTION   IS

HEREBY_____.

_____

District Court Judge

# <u>Certificate of Service</u>

I, _____ hereby certify that I have served a true and correct cop(ies) of the attached _____

_____ Upon the following parties/persons:


To: _____        To: _____

_____        _____

_____        _____

_____        _____

_____        _____


To: _____        To: _____

_____        _____

_____        _____

_____        _____

_____        _____


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.


On this _____ day of _____, 20_____


_____

Exhibit

A

Date: 03/29/2018

**JTVCC James T. Vaughn Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WINTER, HERMIONE K I | **SBI#** : 00662660 | **Institution** : JTVCC |
| **Grievance #** : 398932 | **Grievance Date** : 03/25/2018 | **Category** : Individual |
| **Status** : Return / Unprocessed | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/25/2018 | **Incident Time :** |
| **IGC** : Burley, Katrina | **Housing at the time of Grievance** : Bldg 21, Lower, Tier C, Cell 2, Bottom | |
| **Grievance Loc** : JTVCC -Bldg.21 C Tier | **Current Housing** : Bldg 21, Lower, Tier C, Cell 2, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that "Switzerland is ready to fall; and process this "grievance" as an emergency; as a firm approval or denial for the starting of HRT's dictating inmate's rise or fall. See entire grievance at top under scanner.

**Remedy Requested** :

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES          **Date Received by Medical Unit :** 03/29/2018

**Grievance Amount :**

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WINTER, HERMIONE K I | **SBI#** : 00662660 | **Institution** : JTVCC |
| **Grievance #** : 398932 | **Grievance Date** : 03/25/2018 | **Category** : Individual |
| **Status** : Return / Unprocessed | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/25/2018 | **Incident Time :** |
| **IGC** : Burley, Katrina | **Housing at the time of Grievance** : Bldg 21, Lower, Tier C, Cell 2, Bottom | |
| **Grievance Loc** : JTVCC -Bldg.21 C Tier | **Current Housing** : Bldg 21, Lower, Tier C, Cell 2, Bottom | |

## INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**          :_____

**Witness (Officer)**     :_____

*Process as an Emergency!!*

**FORM #: 585**

**MEDICAL GRIEVANCE**

FACILITY: JTVCC

DATE SUBMITTED: March 25, 2018

INMATE'S NAME: Hermione K.I. Winter

SBI#: 00662660

HOUSING UNIT: M.H. Bldg. 21 C-Tier L-2

CASE #: 398932

////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION 1**

DATE AND TIME OF MEDICAL INCIDENT: March 23, 2018

TYPE OF MEDICAL PROBLEM: The country of Switzerland political way of its leader was, simply put, not to make a decision. I know I have Dr. Timme & Dr. August support. On 3/23/18 Timme repeatively said, "No one is saying no to you starting HRT's." Imagine the citizens of Switzerland's horror when they discovered the fall of their country was due to their leaders indiciveness. I am now Switzerland. No decision (ie not saying yes or no) is a decision. It is now time to make a decision, before history repeats itself and the country falls. What say you & what say you all?

GRIEVANT'S SIGNATURE: *Hermione Kelly Ivy Winter* (2533)11   DATE: March 25, 2018

ACTION REQUESTED BY GRIEVANT: A firm approval or firm denial of me starting feminizing HRT's dictating my rise or fall.

RECEIVED

MAR 2 6 2018

INMATE GRIEVANCE OFFICE

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# Delaware Department of Correction

## Return of Unprocessed Grievance

| | | | |
|---|---|---|---|
| Offender Name: | WINTER HERMIONE K I | Incident Date: | 03/25/2018 |
| SBI #: | 00662660 | Incident Time | |
| Grievance #: | 398932 | IGC Recd Date: | 03/26/2018 |
| Facility: | JTVCC | Category: | Individual |
| Grievance Type: | Health Issue (Medical) | Grievance | 03/25/2018 |
| Location: | DCC000300 | Return Date: | |

[ ]   **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

[ ]   **Disciplinary Action.** Appeals of disciplinary actions shall be sent to the Hearing Officer within 15 days of the offender's receipt of the hearing's written record. Refer to BOP Policy 4.2 "Rules of Conduct" on how to appeal. Disciplinary #

[ ]   **Parole Decision.** Decisions of the Parole Board should be directed to the Board of Parole by writting their offices at:
Carvel State Office Building - Fifth Floor
820 North French Street
Wilmington, DE 19801

[ ]   **Classification Action.** Written appeals must be submitted within 10-days of receipt of the decision of the committee/board. IBCC decisions shall be directed to the facility Warden/designee, CICB decisions shall be directed to the Classification Administrator. Refer to BOP Policy 3.3 "Classification" on how to appeal.

[ ]   **Prohibited Mail.** Written appeals on prohibited mail shall be directed to the facility Warden. Refer to BOP Policy 8.92 "Mailroom Operations" on how to appeal.

[ ]   **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

[X]   **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #

[ ]   **Original Grievances must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.**

[ ]   **Inquiry on behalf of other Inmates.** Inmate cannot submit grievances for other Inmates.

[ ]   **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

[ ]   **Staff Investigation:** To request that the actions of staff personnel be investigated write to your Unit Commander with that request. If you receive no response or are dissatisfied with the response of your Unit Commander you may appeal that decision to the Operations Superintendent and ultimately to the War

[ ]   **Abuse:** Your use of the grievance process has been determined to be abusive. During the restriction period all grievances lodged in excess of the authorized amount shall be returned.

[ ]   **Others:**
Duplicate grievances 395672 and 391882

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WINTER, HERMIONE K I | SBI# : 00662660 | Institution : JTVCC |
| Grievance # : 398990 | Grievance Date : 03/21/2018 | Category : Individual |
| Status : Return / Unprocessed | Resolution Status : | Resol. Date : |
| Grievance Type: Miscellaneous | Incident Date : 03/21/2018 | Incident Time : |
| IGC : Burley, Katrina | Housing at the time of Grievance : Bldg 21, Lower, Tier C, Cell 2, Bottom | |
| Grievance Loc : JTVCC -Bldg.21 C Tier | Current Housing : Bldg 21, Lower, Tier C, Cell 2, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate states that he should not have to tolerate the enduring bullcrap as Lt. Davis was present and said nothing as C/O Demby statement referenced in grievance concerning the schedule as a transgender woman and wouldlike to be transferred to BWCI or move inmate back "upstairs" away from the pigs. See entire grievance at top under scanner.

Remedy Requested :

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : NO          Date Received by Medical Unit :

Grievance Amount :

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WINTER, HERMIONE K I | SBI# : 00662660 | Institution : JTVCC |
| Grievance # : 398990 | Grievance Date : 03/21/2018 | Category : Individual |
| Status : Return / Unprocessed | Resolution Status: | Inmate Status : |
| Grievance Type: Miscellaneous | Incident Date : 03/21/2018 | Incident Time : |
| IGC : Burley, Katrina | Housing at the time of Grievance : Bldg 21, Lower, Tier C, Cell 2, Bottom | |
| Grievance Loc : JTVCC -Bldg.21 C Tier | Current Housing : Bldg 21, Lower, Tier C, Cell 2, Bottom | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date          :_____

Witness (Officer)    :_____

**Page 1 of 2**

Provide Copy

FORM #584

## GRIEVANCE FORM

FACILITY: James T. Vaugh Correctional Center          DATE: March 21, 2018

GRIEVANT'S NAME: Hermione K. J. Winter          SBI #: 00662660

CASE #: 398990          TIME OF INCIDENT: Around 1000 hours

HOUSING UNIT: M.H. Bldg. 21 C-Tier Lower

I should NOT have to tolerate this.

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES. Prepare for these frequently; I get abused ALOT! I'm done enduring this bullcrap and I'm reporting it all. Lt. Davis was present and said nothing. These things are what contributed to my suicide and unnecessary. Also present officer Green (who escorted me) and C/o Lighman. C/o Demby upon asking what I was doing up at 24 to use the weekly inmate bathroom was respectfully informed by by me and green I am one of the transgender women and I shave Monday, Wensday, and Friday. He (Demby) and I quote "oh, hell fucking no. They're gonna let this mother fucker shave (pointed at me) I'm going back to the SHU (fuck this shit) This is a male PRISON. This mother fucker (pointed at me again) (fuck) this I'm going back to the SHU."

Action Requested! Transfer me to a female facility Segergated or make an exception (I'll let no one know) and let me have the razor temp. in my room.

GRIEVANT'S SIGNATURE: Personally Fight          DATE: March 21, 2018

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES)          _____ (NO)

### (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANTS'S SIGNATURE: _____          DATE: _____          (2)

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE OR SUBJECT MATTER EXPERT PANEL.

cc: INSTITUTION FILE
    GRIEVANT

March '16 REV

RECEIVED

MAR 2 6 2018

INMATE GRIEVANCE OFFICE

FORM #584

*Emergency*

## GRIEVANCE FORM

FACILITY: _JTVCC_   DATE: _3/16/18_

GRIEVANT'S NAME: _Hermione K. I Winter_  SBI #: _00 662660_

CASE #: _____   TIME OF INCIDENT: _Ongoing_

HOUSING UNIT: _21 C L-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I am a M.H. patient and am severely ill fighting for treatment. My safety and medical health are of my top priority. My M.H/Medical conditions were improving, excluding my B.D., while upstairs on C-Tier. And furthermore, I was the Safest I've been around alot of pig (men) that I've ever been. Only with the exception of one, there's usually a multitude in my experience, of one perv; Mike in U-7. See Cameras inside and outside on 3/6, 3/7 & 3/8 for private gropping, slapping, bear hugging, pulling hair, flicking hair, etc. I am NOT a toy. Lt. Lorick had me moved on 3/8 and starting the investigation on 3/9. This stuff was done ON CAMERA. On 3/15 he said he's still investigating. Meanwhile my health is dimminshing and I am uncomfortable around The Walking Dead. I think Mike is officially scarred & learned his lesson. Action REQUESTED: Move me back upstairs.

GRIEVANT'S SIGNATURE: _Hermione K. I Winter 208_  DATE: _3/16/18_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)  _____(NO)

**(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)**

GRIEVANTS'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE OR SUBJECT MATTER EXPERT PANEL.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAR 2 6 2018

INMATE GRIEVANCE OFFICE

March '16 REV

## Delaware Department of Correction

### Return of Unprocessed Grievance

| | | | |
|---|---|---|---|
| Offender Name: | WINTER HERMIONE K I | Incident Date: | 03/21/2018 |
| SBI #: | 00662660 | Incident Time | |
| Grievance #: | 398990 | IGC Recd Date: | 03/26/2018 |
| Facility: | JTVCC | Category: | Individual |
| Grievance Type: | Miscellaneous | Grievance | 03/21/2018 |
| Location: | DCC000300 | Return Date: | |

[ ]     **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

[ ]     **Disciplinary Action.** Appeals of disciplinary actions shall be sent to the Hearing Officer within 15 days of the offender's receipt of the hearing's written record. Refer to BOP Policy 4.2 "Rules of Conduct" on how to appeal. Disciplinary #

[ ]     **Parole Decision.** Decisions of the Parole Board should be directed to the Board of Parole by writting their offices at:
Carvel State Office Building - Fifth Floor
820 North French Street
Wilmington, DE 19801

[ ]     **Classification Action.** Written appeals must be submitted within 10-days of receipt of the decision of the committee/board. IBCC decisions shall be directed to the facility Warden/designee, CICB decisions  shall be directed to the Classification Administrator. Refer to BOP Policy 3.3  "Classification" on how to  appeal.

[ ]     **Prohibited Mail.** Written appeals on prohibited mail shall be directed to the facility Warden. Refer to BOP Policy 8.92 "Mailroom Operations" on how to appeal.

[ ]     **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

[ ]     **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #

[ ]     **Original Grievances must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.**

[ ]     **Inquiry on behalf of other Inmates.** Inmate cannot submit grievances for other Inmates.

[ ]     **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

[ ]     **Staff Investigation:** To request that the actions of staff personnel be investigated write to your  Unit Commander with that request. If you receive no response or are dissatisfied with the response  of your Unit Commander you may appeal that decision to the Operations Superintendent and ultimately to the War

[ ]     **Abuse:** Your use of the grievance process has been determined to be abusive. During the restriction period all grievances lodged in excess of the authorized amount shall be returned.

[X]     **Others:**

This is outside the purview of 4.4.  IGC has no control over movement/transfer of offenders.

# Delaware Department of Correction

## Return of Unprocessed Grievance

Please communicate with Lt. Lorick since he did the initial move.  Issue with other offenders
should be corresponded to Internal Affairs.

PTSC Court No. 152
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WINTER, HERMIONE K I | SBI# : 00662660 | Institution : JTVCC |
| Grievance # : 394095 | Grievance Date : 02/20/2018 | Category : Individual |
| Status : Return / Unprocessed | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/20/2018 | Incident Time : |
| IGC : Burley, Katrina | Housing at the time of Grievance : Bldg 21, Upper, Tier B, Cell 3, Top | |
| Grievance Loc : JTVCC -21 | Current Housing : Bldg 21, Lower, Tier C, Cell 2, Bottom | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims..Surgical removal of excess skin and stretchm marks and provide feminizing HRT's bringing estrogen above 200 and test below 25. Finally provide a high calorie protein vegan religiours tray or provide a high calorie ...religious served with 6oz peanut butter evey meal. See scanned document for entire complaint.

Remedy Requested :

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES          Date Received by Medical Unit : 02/23/2018

Grievance Amount :

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WINTER, HERMIONE K I | SBI# : 00662660 | Institution : JTVCC |
| Grievance # : 394095 | Grievance Date : 02/20/2018 | Category : Individual |
| Status : Return / Unprocessed | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/20/2018 | Incident Time : |
| IGC : Burley, Katrina | Housing at the time of Grievance : Bldg 21, Upper, Tier B, Cell 3, Top | |
| Grievance Loc : JTVCC -21 | Current Housing : Bldg 21, Lower, Tier C, Cell 2, Bottom | |

## INFORMAL RESOLUTION

Investigator Name : Brackett, Laura L RN     *Unprocessed*     Date of Report: 03/16/2018

Investigation Report : This issue has been addressed in grievance 395672 with the exception of The dietician did not refuse to see him but had consulted with NP Miller. This is with understanding patient is to try megace for appetite. Skin removal is cosmetic surgery which is necessary for care.

Reason for Referring:

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

# Delaware Department of Correction

## Return of Unprocessed Grievance

| | | | |
|---|---|---|---|
| Offender Name: | WINTER HERMIONE K I | Incident Date: | 02/20/2018 |
| SBI #: | 00662660 | Incident Time: | |
| Grievance #: | 394095 | IGC Recd Date: | 02/22/2018 |
| Facility: | JTVCC | Category: | Individual |
| Grievance Type: | Health Issue (Medical) | Grievance | |
| Location: | DCC000019 | Return Date: | 02/20/2018 |

[ ] **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

[ ] **Disciplinary Action.** Appeals of disciplinary actions shall be sent to the Hearing Officer within 15 days of the offender's receipt of the hearing's written record. Refer to BOP Policy 4.2 "Rules of Conduct" on how to appeal. Disciplinary #

[ ] **Parole Decision.** Decisions of the Parole Board should be directed to the Board of Parole by writting their offices at:
Carvel State Office Building - Fifth Floor
820 North French Street
Wilmington, DE 19801

[ ] **Classification Action.** Written appeals must be submitted within 10-days of receipt of the decision of the committee/board. IBCC decisions shall be directed to the facility Warden/designee, CICB decisions shall be directed to the Classification Administrator. Refer to BOP Policy 3.3 "Classification" on how to appeal.

[ ] **Prohibited Mail.** Written appeals on prohibited mail shall be directed to the facility Warden. Refer to BOP Policy 8.92 "Mailroom Operations" on how to appeal.

[ ] **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

[X] **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # 395672

[ ] **Original Grievances must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.**

[ ] **Inquiry on behalf of other Inmates.** Inmate cannot submit grievances for other Inmates.

[ ] **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

[ ] **Staff Investigation:** To request that the actions of staff personnel be investigated write to your Unit Commander with that request. If you receive no response or are dissatisfied with the response of your Unit Commander you may appeal that decision to the Operations Superintendent and ultimately to the War

[ ] **Abuse:** Your use of the grievance process has been determined to be abusive. During the restriction period all grievances lodged in excess of the authorized amount shall be returned.

[ ] **Others:**

JTVCC James T Vaughn Correctional Center                    Date: 03/12/2018
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : WINTER, HERMIONE K I | | SBI# : 00662660 | | Institution : JTVCC | |
| Grievance # : 394095 | | Grievance Date : 02/20/2018 | | Category : Individual | |
| Status : Unresolved | | Resolution Status : | | Resol. Date : | |
| Grievance Type: Health Issue (Medical) | | Incident Date : 02/20/2018 | | Incident Time : | |
| IGC : Burley, Katrina | | Housing at the time of Grievance : Bldg 21, Upper, Tier B, Cell 3, Top | | | |
| Grievance Loc : JTVCC -21 | | Current Housing : Bldg 21, Lower, Tier C, Cell 2, Bottom | | | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims..Surgical removal of excess skin and stretchm marks and provide feminizing HRT's bringing estrogen above 200 and test below 25. Finally provide a high calorie protein vegan religiours tray or provide a high calorie ...religious served with 6oz peanut butter evey meal. See scanned document for entire complaint.

Remedy Requested        :

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES                    Date Received by Medical Unit : 02/23/2018

Grievance Amount :

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : WINTER, HERMIONE K I | | SBI# : 00662660 | | Institution : JTVCC | |
| Grievance # : 394095 | | Grievance Date : 02/20/2018 | | Category : Individual | |
| Status : Unresolved | | Resolution Status: | | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | | Incident Date : 02/20/2018 | | Incident Time : | |
| IGC : Burley, Katrina | | Housing at the time of Grievance : Bldg 21, Upper, Tier B, Cell 3, Top | | | |
| Grievance Loc : JTVCC -21 | | Current Housing : Bldg 21, Lower, Tier C, Cell 2, Bottom | | | |

## INFORMAL RESOLUTION

Investigator Name   : Brackett, Laura L RN                    Date of Report:

Investigation Report :

Reason for Referring :

Offender's Signature:_____

Date            :_____

Witness (Officer)   :_____

Due to length of endured torture, process as
emergency & as one
FORM #: 585
grievance (All
10 Pages)

Read All,
Please!

MEDICAL GRIEVANCE
Page 1 of 10

FACILITY: JTVCC

DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter

SBI#: 00662660

HOUSING UNIT: 21 B U-3

CASE #: 394095

EMERGENCY

////////////////////////////////////////////////////////////////////////////////////

### SECTION 1

DATE AND TIME OF MEDICAL INCIDENT: Ongoing

TYPE OF MEDICAL PROBLEM: Due to the depression, anguish, stress, etc.
of my gender dysphoria I've been experiencing constant loss
of 2-6 pounds weekly. See ichart. Despite recommendation
of feminizing HRT's, see ichart 7/7/17 entry, this continues
to go unconstitutionally unaddressed, and inadequetly
amounting to torture. On 1/17/18 my Ensure Plus for weight
gain abruptly dropped/stopped. I later learned I had
been lied to and they contained product of animal
violating my religious beliefs. No substitution was
put in place as my weight continued to plummet and

GRIEVANT'S SIGNATURE: Hermon Kelly Ivy Winter 330   DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____
see Page 10

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Read ALL,
Please!

FORM #: 585

**MEDICAL GRIEVANCE**

Page 2 of 10

FACILITY: __JTVCC__                                    DATE SUBMITTED: __2/20/18__

INMATE'S NAME: __Hermione Kelly Ivy Winter__     SBI#: __00062660__

HOUSING UNIT: __21  B  U-3__                      CASE #: __394095__

////////////////////////////////////////////////////////////////////////////////////

**SECTION 1**

DATE AND TIME OF MEDICAL INCIDENT: __ongoing__

TYPE OF MEDICAL PROBLEM:

I was assured once again I'd see the dietion that
week. It was to discuss a High Calorie/High Protien
Vegan (Religious) Tray with Meagan. Assurance
made by Carla Miller, Thru no fault of Miss Carla
that never furishined. I have long made it known by
then accross the board verbally and in writting that I
could no longer trade my NON-Vegan Food for Vegan
Commy/Otherwise. This is due to the fact I am a
woman and offen other strings are attached in

GRIEVANT'S SIGNATURE: __Hermione Kelly Ivy Winter__   DATE: __2/20/18__

ACTION REQUESTED BY GRIEVANT: _____

__See Page 10__

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Read ALL
Please!

## MEDICAL GRIEVANCE

Page 3 of 10

FACILITY: JTVCC                                    DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter   SBI#: 00662660

HOUSING UNIT: 21  B  U-3                           CASE #: 3940.95

////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION I

DATE AND TIME OF MEDICAL INCIDENT: Ongoing

TYPE OF MEDICAL PROBLEM: reguards to PREA as a sense of
entitlement; furthermore, the trading is a violation of
inmate housing rules. See ichart note on 8/30/16
demanding no write-ups to recieve HRT's by Dr Robin
O. Timme. On 2/7/18 I was informed by Nurse Collette
that Meagan had noted in my file she refuses to meet
with me or provide a Vegan tray of any king AND
HRT's were again being delayed. See ichart. On
2/7/18 I went on PCO for a severe serious
suicide attempt, I was sent to the compound

GRIEVANT'S SIGNATURE: Hermione Kelly Ivy Winter  DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____
_____ See Page 10 _____
_____
_____

DATE RECEIVED BY MEDICAL UNIT: ____ ____ ____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY.  OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Read ALL
Please

FORM #: 585

**MEDICAL GRIEVANCE**

Page 4 of 10

FACILITY: JTVCC                                    DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter   SBI#: 00662660

HOUSING UNIT: 21  B  U-3.                    CASE #: 394095

////////////////////////////////////////////////////////////////////////////////

**SECTION 1**

DATE AND TIME OF MEDICAL INCIDENT: __ongoing__

TYPE OF MEDICAL PROBLEM: infirmary PCO due to a bloody nose and
neck from hanging myself. I've been enduring almost 2
years of the run around. See ichart; see DOC photo's
take of scene and person. On 2/8/18 I spoke to the
provider reguarding said tray and was ensured it
would be handled; the tray (vegan) was not. I was
then transferred to PCO to Bldg. 21 Mental Health
RTC Building. From 1/17/18 to 2/10/18 due to
religious beliefs and inability to trade for pre-
mentioned reasons I was lucky to get 800 to

GRIEVANT'S SIGNATURE. _Hermione Kelly Ivy Winter_  DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____
_____ See Page 10 _____
_____
_____
_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Please Read
ALL

<u>FORM #: 585</u>

**MEDICAL GRIEVANCE**

Page 5 of 10

FACILITY: JTVCC                              DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter   SBI#: 00662660

HOUSING UNIT: 21 B U-3                      CASE #: 394095

////////////////////////////////////////////////////////////////////////////////////////////

**SECTION 1**

DATE AND TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM: 800 calories. On 2/10/18 almost a month
from the time my ensures stopped and losing 4 to 6 pounds
a week, a medication normally used to force cancer
patients to eat begun along with a High Calorie High
Protien Regular Tray with Meat, Fish, Eggs, cheese,
milk and other animal bi-product. Against my multiple
time vocalized religious beliefs; however, due to severe
hunger pain caused by the meds and informed I would
not leave PCO till I started eating everything I
was literally forced to resort to breaking my

GRIEVANT'S SIGNATURE: Hermione Kelly Ivy Winter   DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____
_____ See Page 10 _____
_____
_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY.  OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Read ALL
Please!

**FORM #: 585**

**MEDICAL GRIEVANCE**

Page 6. of 10

FACILITY: __JTVCC__                    DATE SUBMITTED: __2/20/18__

INMATE'S NAME: __Hermione Kelly Ivy Winter__  SBI#: __00662660__

HOUSING UNIT: __21 B U-3__         CASE #: __394095__

////////////////////////////////////////////////////////////////////////////////

**SECTION 1**

DATE AND TIME OF MEDICAL INCIDENT: __ongoing__

TYPE OF MEDICAL PROBLEM: __Generily held beliefs/oaths. In addition__
__to enduring agonizing teeth pain because I was being__
__denied access to my two dental perscription. Other__
__inmates were allowed KOP meds outside their flap. See__
__ichart for following info on 2/6/17 I weighed 135 pounds, on__
__2/13/17 I weighed in at 130 pounds; DESPITE EATING__
__doubles to triples every meal while being closely__
__monitored on PCO to ensure I ate every crumb I weighed__
__in at 124 pounds on 2/20/17. These weights do NOT__
__factor in clothes or all my excess skin starting a la__

GRIEVANT'S SIGNATURE: __Hermione Kelly Ivy Winter__ DATE: __2/20/10__

ACTION REQUESTED BY GRIEVANT:_____
__See Page 10_____
_____
_____
_____

DATE RECEIVED BY MEDICAL UNIT: _____ _____ _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Read ALL
please!

Page 7 of 10

FACILITY: JTV CC

DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter   SBI#: 00662660

HOUSING UNIT: 21 B U-3   CASE #: 399095

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM: pounds resulting from this delliberate indifference. When inquiring in objection to the new 2/10/17 tray for the Megan Carla Miller's response was "you need your protien". Not even taking into account the protien in PB & Beans this answer does not suffice. As Inmate Joshua Stevenson who "actually" has a "protien medical deficency" is on a vegetarian Religious Tray with a 3oz additional Peanut Butter cup served every meal. See icharts I've had a colonoscopy, abdominal ultrasound, poop test, and a trancheautomy that all came back

GRIEVANT'S SIGNATURE: Hermione Kelly Ivy Winter   DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____

See Page 10

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Read ALL
Please!!

<u>FORM #585</u>

<u>MEDICAL GRIEVANCE</u>

Page 8 of 10

FACILITY: JTVCC                     DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter     SBI#: 00662668

HOUSING UNIT: 21 B U-3               CASE #: 394095

//////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM: Fine. See ichart. Being forced on a High
Calorie High Protien Diet that is not vegan, how I've eaten
my whole life has now caused additional medical problems.
Namely heartburn, acid reflux, painful bloating, and nausea.
In addition, I am and have been having to regurally take
lactilose or stronger meds to stimulate a bowel due to
abnormal constipation. Caused directly from the anguish
and stress of my untreated Gender Dysphoria (GD) w/HRT
I am on fiber pills and my blood work shows I'm drinking
more than adequate amounts of water. It has been noted

GRIEVANT'S SIGNATURE: Hermione Kelly Ivy Winter   DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____
See Page 10

DATE RECEIVED BY MEDICAL UNIT: _____

<u>NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.</u>

Read ALL
Please!

**FORM  #585**

**MEDICAL GRIEVANCE**

Page 9 of 10

FACILITY: JTVCC                    DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter    SBI#: 00662660

HOUSING UNIT: 21 B U-3              CASE #: 394095

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: Ongoing

TYPE OF MEDICAL PROBLEM: by Carla Miller, Dr. August (7/7/17), Dr. Robin O. Timme, Virginia, David Yunis and several others in agreement that the weight can only be stemming from depression. I've undergone psycotherapy for years and even the courts recogonize that always fails for G.D. I've complied with all doctor orders. I've been on several depression meds & other SSRI's to no avail. I've notified connections countless times when I was on my Feminizing hormones on the street saving for bottom surgery (Vaginoplasti) this was NOT an

GRIEVANT'S SIGNATURE: Hermione Kelly Ivy Winter    DATE: 2/20/18

ACTION REQUESTED BY GRIEVANT: _____

See Page 10

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Read ALL
Please

**FORM #585**

**MEDICAL GRIEVANCE**

Page 10 of 10

FACILITY: JTVCC                                    DATE SUBMITTED: 2/20/18

INMATE'S NAME: Hermione Kelly Ivy Winter     SBI#: 00,662660

HOUSING UNIT: 21 B U-3                         CASE #: 394395

//////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing

TYPE OF MEDICAL PROBLEM: issue. By simple, now, process of elimination the only thing that has not been tried is feminizing HRT's. Of which there have only been delays and lies. Finally the outside Dr. David Kalkstein NP and him stated a Vegan Religious Diet is called for and also submits to the fact these issues can only be related to my E.D. going untreated. These issues are so closely tied together and rapid succession it has to be in one grievance. I just got off PCO in the last 24 hours.

GRIEVANT'S SIGNATURE: Herson Kelly Ivy W 138   DATE: Febuary 20, 2018
→ Not to D/c anything w/o adequate replacement.

ACTION REQUESTED BY GRIEVANT: Surgical removal of excess skin and stretch marks AND Provide Feminizing HRT's bringing estrogen above 200 and test below 25. Finally Provide a High Calorie High Protien Vegan Religious Tray or Provide a High Calorie High Protien Vegetarian Tray Religious served

DATE RECEIVED BY MEDICAL UNIT: _____ with 6 oz peanut butter every meal.

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**